Prob12A
D/NV Form
Rev. June 2014

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN -7 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

United States District Court
for
the District of Nevada

3:21-cr-00022

# REPORT ON OFFENDER
## UNDER SUPERVISION/REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION
### June 2, 2021

Name of Offender: **Morgan Todd Ray**

Case Number: **5:18CR50055**

Name of Sentencing Judicial Officer: **Honorable Jeffrey L Viken**

Date of Original Sentence: **February 22, 2021**

Original Offense: **Unlawful Transport of Firearms**

Original Sentence: **1 Days prison, followed by 24 Months TSR.**

Date Supervision Commenced: **February 22, 2021**

Date Jurisdiction Transferred to District of Nevada: **TBD**

Name of Assigned Judicial Officer: **TBD**

## U. S. PROBATION OFFICER ACTION SUMMARY

Morgan Todd Ray was sentenced on February 22, 2021, in the Western District of South Dakota, to one day prison followed by 24 months supervised release, Case No. 5:18CR50055-001. He commenced supervision in the District of Nevada on February 22, 2021, and resides in Reno, Nevada.

Due to the fact that Ray plans to remain in Reno, Nevada, and has no ties to South Dakota, we are requesting that jurisdiction in this matter be transferred to the District of Nevada. If the Court concurs, the PROB 22 – Transfer of Jurisdiction, is attached for the Courts signature.

RE: Morgan Todd Ray

Prob12A
D/NV Form
Rev. June 2014

Respectfully submitted,

*Michelle Wolfe* — Digitally signed by Michelle Wolfe
Date: 2021.06.03 08:06:16 -07'00'

Michelle Wolfe
United States Probation Officer

Approved:

*Todd White* — Digitally signed by Todd White
Date: 2021.06.03 12:24:54 -07'00'

Todd E. White
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☑ Concur with the proposed course of action.

☐ Other (please include Judicial Officer instructions below):

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

Signature of Judicial Officer

June 7, 2021
Date

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 5:18CR50055-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Morgan Todd Ray | DISTRICT SOUTH DAKOTA | DIVISION WESTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Jeffrey L. Viken, United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 02/22/2021 — TO 02/21/2023 |

OFFENSE
UNLAWFUL TRANSPORT OF FIREARMS - ETC. 18:922G.F PENALTIES FOR FIREARMS 18:924A.FSEIZURE - FORFEITURE AND DISPOSITION OF FIREARM. 18:924D.F

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN5 DIVISION OF THE DISTRICT OF SOUTH DAKOTA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 9, 2021
*Date*

_____
Jeffrey L. Viken, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 7, 2021
*Effective Date*

_____
*United States District Judge*